**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-6867**

―――――――――

JENSEN KEN ALEXANDER,

        Plaintiff - Appellant,

    v.

JOSEPH ELY; CARL MANIS; RICHARD LIGHT; MR. HOUNDSHELL; MR. CLOUSE; MR. CHEEKS,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00312-JPJ-PMS)

―――――――――

Submitted:  January 26, 2023               Decided:  February 8, 2023

―――――――――

Before HARRIS and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jensen Ken Alexander, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jensen Ken Alexander appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Alexander v. Ely*, No. 7:21-cv-00312-JPJ-PMS (W.D. Va., July 13, 2022). We also deny Alexander's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*